UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JOYCE LI YIN WANG,<br><br>        Defendant. | CR. NO. 2:07-0025 WBS<br><br><u>ORDER</u> |

----oo0oo----

On June 7, 2016, defendant Joyce Li Yin Wang filed a motion to terminate the imposed term of supervised release pursuant to 18 U.S.C. § 3583(e)(1) and Federal Rule of Criminal Procedure 32.1(c). The United States shall file an opposition to defendant's motion no later than July 8, 2016. Defendant may then file a reply no later than July 25, 2016. The court will

1

then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated: June 14, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE