| | |
|---|---|
| PROB 22 (ED/CA)<br>(Rev. 2/88) | **DOCKET NUMBER** *(TRAN. COURT)*<br>0972 2:07CR00025-010 |
| **TRANSFER OF JURISDICTION** | **DOCKET NUMBER** *(REC. COURT)* |

**FILED**
Feb 18, 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| NAME AND ADDRESS OF ☐ PROBATIONER ☒ SUPERVISED RELEASEE | DISTRICT<br>E-CA | DIVISION<br>Sacramento |
|---|---|---|
| Joyce Li Yin Wang<br>San Francisco, California   (City/State only) | NAME OF SENTENCING JUDGE<br>Edward J. Garcia | |
| | DATES OF<br>☐ PROBATION<br>☒ SUPERVISED RELEASE | 05-01-2013 — 04-30-2018 |

**OFFENSE**
21 USC 846 – Conspiracy; 21 USC 841(a)(1) – Manufacturing at Least 1,000 Marijuana Plants

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

CR 15-123 HSG

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervisee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/2/2015                                         /s/ William B. Shubb
*Date*                                         *United States District Judge*

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

**FILED**
FEB 20 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervisee be accepted and assumed by this Court from and after the entry of this Order.

2/18/15                                         /s/
*Effective Date*                                         *United States District Judge*

CC:   United States Attorney
      FLU Unit - United States Attorney's Office
      Fiscal Clerk - Clerk's Office

Rev. 05/2013
TRANSFER OF JURIS (PROB22).DOTX