**FILED**

JUL 29 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

2:07-CR-0025 WBS



9590 9402 1947 6123 2981 30

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Joyce Wang
249 Edinburgh St.
SF., CA 94112

CASE# 07CR25-WBS

I'm sending this in regards of my motion filed for early termination of probation that my address was missing on the paper. Thx.