UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUP PARK LI, JOYCE YI LIN WANG, KONG YUAN LI, KHIN "KENNY" UNG, LIAN Z. LI, and ZHI YONG LIN,<br><br>Defendants. | CR. NO. 2:07-0025-10 WBS<br><br><u>ORDER RE: DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE</u> |

----oo0oo----

Presently before the court is defendant Joyce Yi Lin Wang's motion for early termination of supervised release. (Docket No. 452.) Although Wang was convicted and sentenced in the Eastern District of California, this court transferred jurisdiction over Wang to the Northern District of California on Feburary 18, 2015 pursuant to 18 U.S.C. § 3605. (Docket No. 454.) The Order transferring jurisdiction provided that "[t]his

1

Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inqiry of this Court." (Id.)

Under 18 U.S.C. § 3605, a court to which jurisdiction is transferred "is authorized to exercise all powers over the probationer or releasee that are permitted by this subchapter or subchapter B or D of chapter 227." 18 U.S.C. § 3605. Early termination of supervised release is a power permitted by subchapter D of chapter 227. See 18 U.S.C. § 3583(e)(1).

Accordingly, defendant's motion for early termination of supervised release is denied without prejudice to it being considered in the Northern District of California.

IT IS SO ORDERED.

Dated: August 19, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE